IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERRY DAVIS | : | CIVIL ACTION |
| v. | : | |
| LOWE'S HOME CENTERS, INC., et al. | : | NO. 09-5367 |

**O R D E R**

AND NOW, this 24th day of August, 2011, IT IS HEREBY ORDERED that the above captioned matter is referred to the Honorable Arnold C. Rapoport for a settlement conference.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE