IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERRY DAVIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOWE'S HOME CENTERS, INC. and | : | |
| JOE DUE BLADES AND | : | |
| EQUIPMENT, INC. | : | NO. 09-5367 |

**O R D E R**

AND NOW, this   1st   day of  September  , 2011, upon consideration of Lowe's Home Center Inc.'s uncontested Motion for Summary Judgment (Doc. 52), and attached exhibits, and for the reasons stated in the accompanying memorandum, IT IS HEREBY ORDERED that the Motion is GRANTED with respect to the cross-claims asserted by Joe Due Blades and Equipment Inc.  Judgment is entered in favor of Lowe's on the cross-claims asserted by Joe Due Blades and Equipment, Inc.  IT IS FURTHER ORDERED that the caption is amended and Lowe's Home Centers, Inc. is removed from the caption.

BY THE COURT:

/S/ELIZABETH T. HEY

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE